UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**RICKESHA BANKS,**

    Plaintiff,

v.                                      Case No: 8:21-cv-1008-MSS-JSS

**BIO-MEDICAL APPLICATIONS OF FLORIDA, INC.,**

    Defendant.

---

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court for consideration *sua sponte*. A review of the record in this case reveals that *pro se* Plaintiff, Rickesha Banks, has not been diligent in prosecuting this matter. Plaintiff filed the Complaint in this matter on April 28, 2021, seeking to recover damages for alleged employment discrimination. (Dkt. 1) Plaintiff also filed a Motion to Proceed *In Forma Pauperis*. (Dkt. 2) On May 13, 2021, the Court entered a Notice advising Plaintiff of the Middle District of Florida's Local Rules that concern civil case management. (Dkt. 3) On September 15, 2021, United States Magistrate Judge Julie S. Sneed issued a Report and Recommendation, which recommended that Plaintiff's Motion to Proceed *in Forma Pauperis* be denied and that Plaintiff's complaint be dismissed without prejudice. (Dkt. 4) Judge Sneed further recommended that Plaintiff be granted twenty (20) days to file an amended complaint that cured the deficiencies outlined in the Report and Recommendation. (Id.)

- 2 -

On October 5, 2021, the Court adopted Judge Sneed's Report and Recommendation, denied Plaintiff's IFP Motion without prejudice, and dismissed Plaintiff's complaint with the instruction that Plaintiff should file an amended complaint that cures all defects within twenty days. (Dkt. 5) The Court's Order dated October 5, 2021 advised Plaintiff that "**[f]ailure to comply with these requirements may result in the dismissal of this action with prejudice without further notice**." (Id.)

Plaintiff has yet to comply with the requirements of this Court's Order, and Plaintiff has not moved for an extension of time to do so. As a result, Plaintiff has not filed an amended complaint in this matter, and there has been no activity in this case since October 2021. Accordingly, the Court hereby **ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's Order. The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida, this 17th day of August 2022.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party